PER CURIAM.

(No. 74-CC-502—Claimant )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed April 2, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BODEWES &
NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.